UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF SEPTEMBER AND OCTOBER, 2010, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of September and October, 2010. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 09-12473 NATHANIEL V. CITY OF DETROIT, ET.AL
2. 10-10131 VINCENT V. NORTHWEST AIRLINES
3. 10-10322 NORDMAN V. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.
4. 09-13302 ANTHONY V. GROUPE ROBERT, INC., ET.AL
5. 10-10256 MAHONEY V. CHASE MANHATTAN MORTGAGE CORP., ET.AL
6. 09-14459 KURZATKOWSKI V. ALEX'S OF BERKLEY
7. 10-10382 ROLLINS V. SIMONS
8. 09-12303 ALEXANDER V. DEL MONTE CORP., ET.AL
9. 09-14820 WEAVER V. THE HOME DEPOT USA
10. 09-13895 FULGHEN V. POTTER
11. 08-12435 WILLIAMS V. MORGAN STANLEY & CO., ET.AL
12. 09-12003 TOOL-PAS SYSTEMS V. CAMACO
13. 10-11148 FULGHEN V. POTTER
14. 10-11150 FULGHEN V. POTTER
15. 09-14738 VANDEVENTER V. WEBER, ET.AL
16. 10-10604 GREER V. EXPERIAN INFORMATION SOLUTIONS

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 4, 2010, electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**