UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE WILLIAMS,

    Plaintiff,

v.                                                                                   Case No. 08-12435
                                                                                   Honorable Patrick J. Duggan

MORGAN STANLEY & CO., INC.,
DAVID DARST, MICHAEL CHU, JOSEPH
MICHALAK, MATTHEW TURNBALL,
JOSEPH GIRARDIN, TAAL ASHMANN,
SAM FLAM, KATHLEEN FITZGERALD, and
RONALD BULTMAN,

    Defendants.
_____/

## **JUDGMENT**

      Plaintiff, a former Financial Advisor at Defendant Morgan Stanley & Co., Inc.'s office in Livonia, Michigan, initiated this action against Defendants alleging numerous claims of race discrimination, hostile work environment, and retaliation under federal and state law and state law claims of breach of an express and implied contract, promissory estoppel, and intentional infliction of emotional distress. On March 24, 2009, this Court issued an opinion and order granting in part Defendants' motion to dismiss and disposing of some of Plaintiff's claims. On this date, the Court issued an opinion and order granting summary judgment to Defendants with respect to Plaintiff's remaining claims.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint

against Defendants is **DISMISSED WITH PREJUDICE**.

DATE: October 27, 2010              PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE


Copies to:
Denise Williams
4504 Sheridan
Detroit, MI 48214

Mark S. Dichter, Esq.
Barry A. Hartstein, Esq.
Andrew Scroggins, Esq.
Cameron J. Evans, Esq.
Tara E. Mahoney, Esq.